# Exhibit 1

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 563-2015-01185 |

Kansas Act Against Discrimination

State or local Agency, if any                    and EEOC

---

Name (indicate Mr., Ms., Mrs.)

**Ms. Pamela Hanks**

| | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| | (816) 581-4042 | |

Street Address                                        City, State and ZIP Code

**8350 North St. Clair Avenue, Suite 225 Kansas City, MO 64151**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe
Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **Anytime Labor - Kansas, LLC** | 500+ | (816) 903-5555 |

Street Address                                        City, State and ZIP Code

**300 S. Platte Clay Way PO Box 900 Kearney, MO 64060**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **Anytime Labor - Kansas, LLC** | 500+ | (816) 637-6112 |

Street Address                                        City, State and ZIP Code

**218 South Street, Suite 201 Excelsior Springs, MO 64024**

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **Feb. 2014**    Latest: **Present**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

## Please See Attached

2015 APR 27  AM 10:43

RECEIVED EEOC
KANSAS CITY AREA OFFICE

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I
will advise the agencies if I change my address or phone number and I will
cooperate fully with them in the processing of my charge in accordance with their
procedures.

I declare under penalty of perjury that the above is true and correct.

04-22-15    *Pamela L. Hanks*
Date          Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to
the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

## Attachment to EEOC Form 5 (5/01) for Pamela Hanks

I, Pamela Hanks, bring this Charge of Discrimination against the Respondents: Anytime Labor-Kansas, LLC; Anytime Labor-Funding, LLC; Anytime Labor-Springfield, LLC; Anytime Labor- Las Vegas, LLC (hereinafter all LLCs collectively referred to as "Anytime"), Florence Manufacturing ("Florence"); Mike Last Name Unknown ("Mike"); Amy Flowers ("Flowers") and Gina Vallery ("Vallery").

Respondent Florence is an employer within the meaning of the Kansas Act Against Discrimination ("KAAD"), K.S.A §44-1001 et seq., the Americans with Disabilities Act, as amended ("ADAAA"), 42 U.S.C. §§ 12101 et seq., and Title VII of the Civil Rights Act, 42 U.S.C. § 2000e–2. Respondents Anytime Labor-Kansas, LLC; Anytime Labor-Funding, LLC; Anytime Labor-Springfield, LLC; Anytime Labor- Las Vegas, LLC were my joint and solo employers within the meaning of the Kansas Act Against Discrimination ("KAAD"), K.S.A §44-1001 et seq., the Americans with Disabilities Act, as amended ("ADAAA"), 42 U.S.C. §§ 12101 et seq., and Title VII of the Civil Rights Act, 42 U.S.C. § 2000e–2. Respondent Mike is an employer within the meaning of the KAAD because he is a supervisor. Respondent Flowers is an employer within the meaning of the KAAD because she is a supervisor. Respondent Vallery is an employer within the meaning of the KAAD because she is a supervisor.

I was an employee of Respondents and a member of a protected class pursuant to the KAAD, ADAAA and the anti-retaliation provisions thereof, due to my disability and gender (female). I am disabled pursuant to the KAAD and ADAAA because I suffer from dyslexia and a back injury (lumbar strain) due to a workplace injury. I am able to perform the essential functions of my position with or without reasonable accommodations. The specific facts that

RECEIVED EEOC
KANSAS CITY AREA OFFICE
2015 APR 27 AM 10:44

give rise to my charges of disability discrimination, gender discrimination and retaliation are as follows:

I began working for Respondents Anytime in February 2014, as a temp employee in Manhattan, Kansas. Respondents Anytime are temp agencies where Respondents Anytime place temp employees with customers. Soon thereafter, Respondents Anytime placed me at a job with their customer Respondent Florence. I worked in the production of mailboxes at Respondent Florence. Respondent Florence would make comments that I was "slow." On or about February 16, 2014, as I was taking a screw out of a mailbox, I fell and landed on my back and I heard something pop. I told my supervisor, Respondent Mike, that I had hurt my back.

The next day Respondents Anytime called me and told me that I didn't need to go to work at Respondent Florence anymore. Subsequently, I called Respondent Florence and was told, "We don't need you anymore because you got hurt on us." My work comp doctor diagnosed me with a lumbar strain. For the next five months, I called Respondents Anytime several times a week to see if there were any jobs I could go work. Respondents Anytime repeatedly turned me down until I was sent to a new job in July 2014.

## Class Allegations

I am under the information and belief the Respondents have engaged in nationwide terminations, layoffs and discriminatory conduct based on disability and/or gender beginning in 2014 and continuing through the present.

Respondents engaged in a pattern or practice of disability discrimination or gender discrimination in connection with the terminations, layoffs and refusals to hire for this time period, and such discriminatory conduct had a disparate impact on disabled and/or female employees. Respondents engaged in a pattern or practice of disability or gender discrimination

RECEIVED EEOC
KANSAS CITY AREA 0
2015 APR 27 AM 10

and otherwise treated non-disabled or male employees more favorably than disabled or female employees, including (but not limited to) the following specific actions:

1. Targeting disabled or female employees for termination and refusing to hire disabled or female employees because they were more likely to have potential workers compensation claims which costs Respondents money;

2. Holding disabled or female employees to a higher standard of conduct and "writing up" disabled or female employees for infractions their younger peers were not disciplined for;

3. Preventing advancements in employment for disabled or female employees;

4. During the class timeline, disabled or female employees were terminated for pretextual reasons non-disabled or male employees were not terminated for.

5. Respondents' Human Resources Department inadequately responded to disability or gender discriminatory conduct, including that in connection with terminations.

6. Respondents' Human Resources Department and/or other personnel failed to adequately train and/or monitor executives and/or management with regard to termination decisions to assure that disability or gender discriminatory conduct did not occur.

7. Respondents' executives instructed managers to not hire out temporary employees that had disabilities.

8. Respondents' executives instructed managers to not hire out temporary employees who were female for certain job fields and/or for certain companies.

In addition to the foregoing facts, members of the class are "similarly situated" in that:

1. All have a disability or are female;

RECEIVED EEOC
KANSAS CITY AREA OFFICE
2015 APR 27 AM 10: 44

2. All were terminated or refused to be hired by Respondents during the class time frame that spans from 2014 until the present;

3. For all persons having a disability or who are female and were terminated, non-disabled or male persons were not terminated despite having the same or similar job duties or classifications.

In sum, I am a member of a protected class under the KAAD, ADEA, ADAAA, Title VII, and the anti-retaliation provisions thereof, due to my disability (back injury, lumbar strain and dyslexia) and gender (female). I was singled out, treated differently, and ultimately terminated due to my disability and/or gender. As a result of Respondents' actions, I am seeking back-pay, front-pay, emotional distress damages, attorneys' fees, punitive damages, and any other remedies the Commission deems appropriate.

RECEIVED EEOC
KANSAS CITY AREA OFFICE
2015 APR 27 AM 10: 44

2 of 5

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 563-2015-01187 |

### Kansas Act Against Discrimination

State or local Agency, if any                                                    and EEOC

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Pamela Hanks | (816) 581-4042 | |

Street Address                                                    City, State and ZIP Code

8350 North St. Clair Avenue, Suite 225 Kansas City, MO 64151

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Anytime Labor - Kansas, LLC | 500+ | (816) 903-5555 |

Street Address                                                    City, State and ZIP Code

300 S. Platte Clay Way PO Box 900 Kearney, MO 64060

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Anytime Labor - Kansas, LLC | 500+ | (816) 637-6112 |

Street Address                                                    City, State and ZIP Code

218 South Street, Suite 201 Excelsior Springs, MO 64024

### DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Feb. 2014    Latest: Present

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s).)

Please See Attached

RECEIVED EEOC
KANSAS CITY AREA OFFICE
2015 APR 27 AM 10: 42

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

04-22-15    *Pamela L. Hanks*
Date         Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

## Attachment to EEOC Form 5 (5/01) for Pamela Hanks

I, Pamela Hanks, bring this Charge of Discrimination against the Respondents: Anytime Labor-Kansas, LLC; Anytime Labor-Funding, LLC; Anytime Labor-Springfield, LLC; Anytime Labor- Las Vegas, LLC (hereinafter all LLCs collectively referred to as "Anytime"), Florence Manufacturing ("Florence"); Mike Last Name Unknown ("Mike"); Amy Flowers ("Flowers") and Gina Vallery ("Vallery").

Respondent Florence is an employer within the meaning of the Kansas Act Against Discrimination ("KAAD"), K.S.A §44-1001 et seq., the Americans with Disabilities Act, as amended ("ADAAA"), 42 U.S.C. §§ 12101 et seq., and Title VII of the Civil Rights Act, 42 U.S.C. § 2000e–2. Respondents Anytime Labor-Kansas, LLC; Anytime Labor-Funding, LLC; Anytime Labor-Springfield, LLC; Anytime Labor- Las Vegas, LLC were my joint and solo employers within the meaning of the Kansas Act Against Discrimination ("KAAD"), K.S.A §44-1001 et seq., the Americans with Disabilities Act, as amended ("ADAAA"), 42 U.S.C. §§ 12101 et seq., and Title VII of the Civil Rights Act, 42 U.S.C. § 2000e–2. Respondent Mike is an employer within the meaning of the KAAD because he is a supervisor. Respondent Flowers is an employer within the meaning of the KAAD because she is a supervisor. Respondent Vallery is an employer within the meaning of the KAAD because she is a supervisor.

I was an employee of Respondents and a member of a protected class pursuant to the KAAD, ADAAA and the anti-retaliation provisions thereof, due to my disability and gender (female). I am disabled pursuant to the KAAD and ADAAA because I suffer from dyslexia and a back injury (lumbar strain) due to a workplace injury. I am able to perform the essential functions of my position with or without reasonable accommodations. The specific facts that

RECEIVED EEOC
KANSAS CITY AREA OFFICE
2015 APR 27 AM 10: 44

give rise to my charges of disability discrimination, gender discrimination and retaliation are as follows:

I began working for Respondents Anytime in February 2014, as a temp employee in Manhattan, Kansas. Respondents Anytime are temp agencies where Respondents Anytime place temp employees with customers. Soon thereafter, Respondents Anytime placed me at a job with their customer Respondent Florence. I worked in the production of mailboxes at Respondent Florence. Respondent Florence would make comments that I was "slow." On or about February 16, 2014, as I was taking a screw out of a mailbox, I fell and landed on my back and I heard something pop. I told my supervisor, Respondent Mike, that I had hurt my back.

The next day Respondents Anytime called me and told me that I didn't need to go to work at Respondent Florence anymore. Subsequently, I called Respondent Florence and was told, "We don't need you anymore because you got hurt on us." My work comp doctor diagnosed me with a lumbar strain. For the next five months, I called Respondents Anytime several times a week to see if there were any jobs I could go work. Respondents Anytime repeatedly turned me down until I was sent to a new job in July 2014.

## Class Allegations

I am under the information and belief the Respondents have engaged in nationwide terminations, layoffs and discriminatory conduct based on disability and/or gender beginning in 2014 and continuing through the present.

Respondents engaged in a pattern or practice of disability discrimination or gender discrimination in connection with the terminations, layoffs and refusals to hire for this time period, and such discriminatory conduct had a disparate impact on disabled and/or female employees. Respondents engaged in a pattern or practice of disability or gender discrimination

RECEIVED EEOC
KANSAS CITY AREA OI
2015 APR 27 AM 10:

and otherwise treated non-disabled or male employees more favorably than disabled or female employees, including (but not limited to) the following specific actions:

1. Targeting disabled or female employees for termination and refusing to hire disabled or female employees because they were more likely to have potential workers compensation claims which costs Respondents money;

2. Holding disabled or female employees to a higher standard of conduct and "writing up" disabled or female employees for infractions their younger peers were not disciplined for;

3. Preventing advancements in employment for disabled or female employees;

4. During the class timeline, disabled or female employees were terminated for pretextual reasons non-disabled or male employees were not terminated for.

5. Respondents' Human Resources Department inadequately responded to disability or gender discriminatory conduct, including that in connection with terminations.

6. Respondents' Human Resources Department and/or other personnel failed to adequately train and/or monitor executives and/or management with regard to termination decisions to assure that disability or gender discriminatory conduct did not occur.

7. Respondents' executives instructed managers to not hire out temporary employees that had disabilities.

8. Respondents' executives instructed managers to not hire out temporary employees who were female for certain job fields and/or for certain companies.

In addition to the foregoing facts, members of the class are "similarly situated" in that:

1. All have a disability or are female;

RECEIVED EEOC
KANSAS CITY AREA OFFICE
2015 APR 27 AM 10:44

2. All were terminated or refused to be hired by Respondents during the class time frame that spans from 2014 until the present;

3. For all persons having a disability or who are female and were terminated, non-disabled or male persons were not terminated despite having the same or similar job duties or classifications.

In sum, I am a member of a protected class under the KAAD, ADEA, ADAAA, Title VII, and the anti-retaliation provisions thereof, due to my disability (back injury, lumbar strain and dyslexia) and gender (female). I was singled out, treated differently, and ultimately terminated due to my disability and/or gender. As a result of Respondents' actions, I am seeking back-pay, front-pay, emotional distress damages, attorneys' fees, punitive damages, and any other remedies the Commission deems appropriate.

RECEIVED EEOC
KANSAS CITY AREA OFFICE
2015 APR 27 AM 10: 44

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 563-2015-01191 |

## Kansas Act Against Discrimination
State or local Agency, if any                                    and EEOC

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Pamela Hanks | (816) 581-4042 | |

Street Address                          City, State and ZIP Code

8350 North St. Clair Avenue, Suite 225 Kansas City, MO 64151

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe
Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Anytime Labor - Funding, LLC | 500+ | (816) 637-6112 |

Street Address                          City, State and ZIP Code

218 South Street, Suite 201, Excelsior Springs, MO 64024

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Anytime Labor - Springfield, LLC | 500+ | (816) 637-6112 |

Street Address                          City, State and ZIP Code

218 South Street, Suite 201, Excelsior Springs, MO 64024

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Feb. 2014    Latest: Present

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Please See Attached

2015 APR 27 AM 10:43
KANSAS CITY AREA OFFICE
RECEIVED EEOC

I want this charge filed with both the EEOC and the State or local Agency, if any. I
will advise the agencies if I change my address or phone number and I will
cooperate fully with them in the processing of my charge in accordance with their
procedures.

I declare under penalty of perjury that the above is true and correct.

04-22-15     *Pamela L. Hanks*
Date          Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to
the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

## Attachment to EEOC Form 5 (5/01) for Pamela Hanks

I, Pamela Hanks, bring this Charge of Discrimination against the Respondents: Anytime Labor-Kansas, LLC; Anytime Labor-Funding, LLC; Anytime Labor-Springfield, LLC; Anytime Labor- Las Vegas, LLC (hereinafter all LLCs collectively referred to as "Anytime"), Florence Manufacturing ("Florence"); Mike Last Name Unknown ("Mike"); Amy Flowers ("Flowers") and Gina Vallery ("Vallery").

Respondent Florence is an employer within the meaning of the Kansas Act Against Discrimination ("KAAD"), K.S.A §44-1001 et seq., the Americans with Disabilities Act, as amended ("ADAAA"), 42 U.S.C. §§ 12101 et seq., and Title VII of the Civil Rights Act, 42 U.S.C. § 2000e–2. Respondents Anytime Labor-Kansas, LLC; Anytime Labor-Funding, LLC; Anytime Labor-Springfield, LLC; Anytime Labor- Las Vegas, LLC were my joint and solo employers within the meaning of the Kansas Act Against Discrimination ("KAAD"), K.S.A §44-1001 et seq., the Americans with Disabilities Act, as amended ("ADAAA"), 42 U.S.C. §§ 12101 et seq., and Title VII of the Civil Rights Act, 42 U.S.C. § 2000e–2. Respondent Mike is an employer within the meaning of the KAAD because he is a supervisor. Respondent Flowers is an employer within the meaning of the KAAD because she is a supervisor. Respondent Vallery is an employer within the meaning of the KAAD because she is a supervisor.

I was an employee of Respondents and a member of a protected class pursuant to the KAAD, ADAAA and the anti-retaliation provisions thereof, due to my disability and gender (female). I am disabled pursuant to the KAAD and ADAAA because I suffer from dyslexia and a back injury (lumbar strain) due to a workplace injury. I am able to perform the essential functions of my position with or without reasonable accommodations. The specific facts that

RECEIVED EEOC
KANSAS CITY AREA OFFICE
2015 APR 27 AM 10: 44

give rise to my charges of disability discrimination, gender discrimination and retaliation are as follows:

I began working for Respondents Anytime in February 2014, as a temp employee in Manhattan, Kansas. Respondents Anytime are temp agencies where Respondents Anytime place temp employees with customers. Soon thereafter, Respondents Anytime placed me at a job with their customer Respondent Florence. I worked in the production of mailboxes at Respondent Florence. Respondent Florence would make comments that I was "slow." On or about February 16, 2014, as I was taking a screw out of a mailbox, I fell and landed on my back and I heard something pop. I told my supervisor, Respondent Mike, that I had hurt my back.

The next day Respondents Anytime called me and told me that I didn't need to go to work at Respondent Florence anymore. Subsequently, I called Respondent Florence and was told, "We don't need you anymore because you got hurt on us." My work comp doctor diagnosed me with a lumbar strain. For the next five months, I called Respondents Anytime several times a week to see if there were any jobs I could go work. Respondents Anytime repeatedly turned me down until I was sent to a new job in July 2014.

<u>Class Allegations</u>

I am under the information and belief the Respondents have engaged in nationwide terminations, layoffs and discriminatory conduct based on disability and/or gender beginning in 2014 and continuing through the present.

Respondents engaged in a pattern or practice of disability discrimination or gender discrimination in connection with the terminations, layoffs and refusals to hire for this time period, and such discriminatory conduct had a disparate impact on disabled and/or female employees. Respondents engaged in a pattern or practice of disability or gender discrimination

2015 APR 27 AM 10:

RECEIVED EEOC
KANSAS CITY AREA OI

and otherwise treated non-disabled or male employees more favorably than disabled or female employees, including (but not limited to) the following specific actions:

1. Targeting disabled or female employees for termination and refusing to hire disabled or female employees because they were more likely to have potential workers compensation claims which costs Respondents money;

2. Holding disabled or female employees to a higher standard of conduct and "writing up" disabled or female employees for infractions their younger peers were not disciplined for;

3. Preventing advancements in employment for disabled or female employees;

4. During the class timeline, disabled or female employees were terminated for pretextual reasons non-disabled or male employees were not terminated for.

5. Respondents' Human Resources Department inadequately responded to disability or gender discriminatory conduct, including that in connection with terminations.

6. Respondents' Human Resources Department and/or other personnel failed to adequately train and/or monitor executives and/or management with regard to termination decisions to assure that disability or gender discriminatory conduct did not occur.

7. Respondents' executives instructed managers to not hire out temporary employees that had disabilities.

8. Respondents' executives instructed managers to not hire out temporary employees who were female for certain job fields and/or for certain companies.

In addition to the foregoing facts, members of the class are "similarly situated" in that:

1. All have a disability or are female;

RECEIVED EEOC
KANSAS CITY AREA OFFICE
2015 APR 27 AM 10:44

2. All were terminated or refused to be hired by Respondents during the class time frame that spans from 2014 until the present;

3. For all persons having a disability or who are female and were terminated, non-disabled or male persons were not terminated despite having the same or similar job duties or classifications.

In sum, I am a member of a protected class under the KAAD, ADEA, ADAAA, Title VII, and the anti-retaliation provisions thereof, due to my disability (back injury, lumbar strain and dyslexia) and gender (female). I was singled out, treated differently, and ultimately terminated due to my disability and/or gender. As a result of Respondents' actions, I am seeking back-pay, front-pay, emotional distress damages, attorneys' fees, punitive damages, and any other remedies the Commission deems appropriate.

RECEIVED EEOC
KANSAS CITY AREA OFFICE
2015 APR 27 AM 10: 44

EEOC Form 5 (11/09)

3 of 5

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):

☐ FEPA

☒ EEOC 563-2015-01194

Kansas Act Against Discrimination and EEOC

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Pamela Hanks | (816) 581-4042 | |

Street Address / City, State and ZIP Code

8350 North St. Clair Avenue, Suite 225 Kansas City, MO 64151

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Anytime Labor - Funding, LLC | 500 + | (816) 637-6112 |

Street Address / City, State and ZIP Code

218 South Street, Suite 201, Excelsior Springs, MO 64024

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Anytime Labor - Springfield, LLC | 500+ | (816) 637-6112 |

Street Address / City, State and ZIP Code

218 South Street, Suite 201, Excelsior Springs, MO 64024

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: Feb. 2014 Latest: Present

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Please See Attached

RECEIVED EEOC
KANSAS CITY AREA OFFICE
2015 APR 27 AM 10:43

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

04-22-15 [signature]

Date Charging Party Signature

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

<u>Attachment to EEOC Form 5 (5/01) for Pamela Hanks</u>

I, Pamela Hanks, bring this Charge of Discrimination against the Respondents: Anytime Labor-Kansas, LLC; Anytime Labor-Funding, LLC; Anytime Labor-Springfield, LLC; Anytime Labor- Las Vegas, LLC (hereinafter all LLCs collectively referred to as "Anytime"), Florence Manufacturing ("Florence"); Mike Last Name Unknown ("Mike"); Amy Flowers ("Flowers") and Gina Vallery ("Vallery").

Respondent Florence is an employer within the meaning of the Kansas Act Against Discrimination ("KAAD"), K.S.A §44-1001 et seq., the Americans with Disabilities Act, as amended ("ADAAA"), 42 U.S.C. §§ 12101 et seq., and Title VII of the Civil Rights Act, 42 U.S.C. § 2000e–2. Respondents Anytime Labor-Kansas, LLC; Anytime Labor-Funding, LLC; Anytime Labor-Springfield, LLC; Anytime Labor- Las Vegas, LLC were my joint and solo employers within the meaning of the Kansas Act Against Discrimination ("KAAD"), K.S.A §44-1001 et seq., the Americans with Disabilities Act, as amended ("ADAAA"), 42 U.S.C. §§ 12101 et seq., and Title VII of the Civil Rights Act, 42 U.S.C. § 2000e–2. Respondent Mike is an employer within the meaning of the KAAD because he is a supervisor. Respondent Flowers is an employer within the meaning of the KAAD because she is a supervisor. Respondent Vallery is an employer within the meaning of the KAAD because she is a supervisor.

I was an employee of Respondents and a member of a protected class pursuant to the KAAD, ADAAA and the anti-retaliation provisions thereof, due to my disability and gender (female). I am disabled pursuant to the KAAD and ADAAA because I suffer from dyslexia and a back injury (lumbar strain) due to a workplace injury. I am able to perform the essential functions of my position with or without reasonable accommodations. The specific facts that

RECEIVED EEOC
KANSAS CITY AREA OFFICE
2015 APR 27 AM 10: 44

give rise to my charges of disability discrimination, gender discrimination and retaliation are as follows:

I began working for Respondents Anytime in February 2014, as a temp employee in Manhattan, Kansas. Respondents Anytime are temp agencies where Respondents Anytime place temp employees with customers. Soon thereafter, Respondents Anytime placed me at a job with their customer Respondent Florence. I worked in the production of mailboxes at Respondent Florence. Respondent Florence would make comments that I was "slow." On or about February 16, 2014, as I was taking a screw out of a mailbox, I fell and landed on my back and I heard something pop. I told my supervisor, Respondent Mike, that I had hurt my back.

The next day Respondents Anytime called me and told me that I didn't need to go to work at Respondent Florence anymore. Subsequently, I called Respondent Florence and was told, "We don't need you anymore because you got hurt on us." My work comp doctor diagnosed me with a lumbar strain. For the next five months, I called Respondents Anytime several times a week to see if there were any jobs I could go work. Respondents Anytime repeatedly turned me down until I was sent to a new job in July 2014.

### Class Allegations

I am under the information and belief the Respondents have engaged in nationwide terminations, layoffs and discriminatory conduct based on disability and/or gender beginning in 2014 and continuing through the present.

Respondents engaged in a pattern or practice of disability discrimination or gender discrimination in connection with the terminations, layoffs and refusals to hire for this time period, and such discriminatory conduct had a disparate impact on disabled and/or female employees. Respondents engaged in a pattern or practice of disability or gender discrimination

RECEIVED EEOC
KANSAS CITY AREA OF
2015 APR 27 AM 10:

and otherwise treated non-disabled or male employees more favorably than disabled or female employees, including (but not limited to) the following specific actions:

1. Targeting disabled or female employees for termination and refusing to hire disabled or female employees because they were more likely to have potential workers compensation claims which costs Respondents money;

2. Holding disabled or female employees to a higher standard of conduct and "writing up" disabled or female employees for infractions their younger peers were not disciplined for;

3. Preventing advancements in employment for disabled or female employees;

4. During the class timeline, disabled or female employees were terminated for pretextual reasons non-disabled or male employees were not terminated for.

5. Respondents' Human Resources Department inadequately responded to disability or gender discriminatory conduct, including that in connection with terminations.

6. Respondents' Human Resources Department and/or other personnel failed to adequately train and/or monitor executives and/or management with regard to termination decisions to assure that disability or gender discriminatory conduct did not occur.

7. Respondents' executives instructed managers to not hire out temporary employees that had disabilities.

8. Respondents' executives instructed managers to not hire out temporary employees who were female for certain job fields and/or for certain companies.

In addition to the foregoing facts, members of the class are "similarly situated" in that:

1. All have a disability or are female;

RECEIVED EEOC
KANSAS CITY AREA OFFICE
2015 APR 27 AM 10: 44

2. All were terminated or refused to be hired by Respondents during the class time frame that spans from 2014 until the present;

3. For all persons having a disability or who are female and were terminated, non-disabled or male persons were not terminated despite having the same or similar job duties or classifications.

In sum, I am a member of a protected class under the KAAD, ADEA, ADAAA, Title VII, and the anti-retaliation provisions thereof, due to my disability (back injury, lumbar strain and dyslexia) and gender (female). I was singled out, treated differently, and ultimately terminated due to my disability and/or gender. As a result of Respondents' actions, I am seeking back-pay, front-pay, emotional distress damages, attorneys' fees, punitive damages, and any other remedies the Commission deems appropriate.

RECEIVED EEOC
KANSAS CITY AREA OFFICE
2015 APR 27 AM 10: 44

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA | |
| | ☒ EEOC | 563-2015-01162 |

**Kansas Act Against Discrimination**

_____State or local Agency, if any_____ and EEOC

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Pamela Hanks | (816)581-4042 | |

Street Address                                    City, State and ZIP Code

**8350 North St. Clair Avenue, Suite 225 Kansas City, MO 64151**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Anytime Labor - Las Vegas, Inc. | 500+ | (816)637-6112 |

Street Address                                    City, State and ZIP Code

**218 South Street, Suite 201   Excelsior Springs, MO 64024**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| LaborMax Staffing | 500+ | (816)637-6112 |

Street Address                                    City, State and ZIP Code

**218 South Street, Suite 201 Excelsior Springs, MO 64024**

DISCRIMINATION BASED ON (Check appropriate box(es).)

| ☐ RACE | ☐ COLOR | ☒ SEX | ☐ RELIGION | ☐ NATIONAL ORIGIN |
|---|---|---|---|---|
| ☐ RETALIATION | ☐ AGE | ☒ DISABILITY | | ☐ GENETIC INFORMATION |
| ☐ OTHER (Specify) | | | | |

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **Feb. 2014**   Latest: **Present**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

## Please See Attached

RECEIVED EEOC
KANSAS CITY AREA OFFICE
2015 APR 27  AM 10: 42

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

04-22-15       _Pamela L. Hanks_
Date              Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

## Attachment to EEOC Form 5 (5/01) for Pamela Hanks

I, Pamela Hanks, bring this Charge of Discrimination against the Respondents: Anytime Labor-Kansas, LLC; Anytime Labor-Funding, LLC; Anytime Labor-Springfield, LLC; Anytime Labor- Las Vegas, LLC (hereinafter all LLCs collectively referred to as "Anytime"), Florence Manufacturing ("Florence"); Mike Last Name Unknown ("Mike"); Amy Flowers ("Flowers") and Gina Vallery ("Vallery").

Respondent Florence is an employer within the meaning of the Kansas Act Against Discrimination ("KAAD"), K.S.A §44-1001 et seq., the Americans with Disabilities Act, as amended ("ADAAA"), 42 U.S.C. §§ 12101 et seq., and Title VII of the Civil Rights Act, 42 U.S.C. § 2000e–2. Respondents Anytime Labor-Kansas, LLC; Anytime Labor-Funding, LLC; Anytime Labor-Springfield, LLC; Anytime Labor- Las Vegas, LLC were my joint and solo employers within the meaning of the Kansas Act Against Discrimination ("KAAD"), K.S.A §44-1001 et seq., the Americans with Disabilities Act, as amended ("ADAAA"), 42 U.S.C. §§ 12101 et seq., and Title VII of the Civil Rights Act, 42 U.S.C. § 2000e–2. Respondent Mike is an employer within the meaning of the KAAD because he is a supervisor. Respondent Flowers is an employer within the meaning of the KAAD because she is a supervisor. Respondent Vallery is an employer within the meaning of the KAAD because she is a supervisor.

I was an employee of Respondents and a member of a protected class pursuant to the KAAD, ADAAA and the anti-retaliation provisions thereof, due to my disability and gender (female). I am disabled pursuant to the KAAD and ADAAA because I suffer from dyslexia and a back injury (lumbar strain) due to a workplace injury. I am able to perform the essential functions of my position with or without reasonable accommodations. The specific facts that

RECEIVED EEOC

2015 APR 27 AM 10: 42

KANSAS CITY AREA OFFICE

give rise to my charges of disability discrimination, gender discrimination and retaliation are as follows:

I began working for Respondents Anytime in February 2014, as a temp employee in Manhattan, Kansas. Respondents Anytime are temp agencies where Respondents Anytime place temp employees with customers. Soon thereafter, Respondents Anytime placed me at a job with their customer Respondent Florence. I worked in the production of mailboxes at Respondent Florence. Respondent Florence would make comments that I was "slow." On or about February 16, 2014, as I was taking a screw out of a mailbox, I fell and landed on my back and I heard something pop. I told my supervisor, Respondent Mike, that I had hurt my back.

The next day Respondents Anytime called me and told me that I didn't need to go to work at Respondent Florence anymore. Subsequently, I called Respondent Florence and was told, "We don't need you anymore because you got hurt on us." My work comp doctor diagnosed me with a lumbar strain. For the next five months, I called Respondents Anytime several times a week to see if there were any jobs I could go work. Respondents Anytime repeatedly turned me down until I was sent to a new job in July 2014.

## Class Allegations

I am under the information and belief the Respondents have engaged in nationwide terminations, layoffs and discriminatory conduct based on disability and/or gender beginning in 2014 and continuing through the present.

Respondents engaged in a pattern or practice of disability discrimination or gender discrimination in connection with the terminations, layoffs and refusals to hire for this time period, and such discriminatory conduct had a disparate impact on disabled and/or female employees. Respondents engaged in a pattern or practice of disability or gender discrimination

RECEIVED EEOC
KANSAS CITY AREA OFFICE
2015 APR 27 AM 10: 42

and otherwise treated non-disabled or male employees more favorably than disabled or female employees, including (but not limited to) the following specific actions:

1. Targeting disabled or female employees for termination and refusing to hire disabled or female employees because they were more likely to have potential workers compensation claims which costs Respondents money;

2. Holding disabled or female employees to a higher standard of conduct and "writing up" disabled or female employees for infractions their younger peers were not disciplined for;

3. Preventing advancements in employment for disabled or female employees;

4. During the class timeline, disabled or female employees were terminated for pretextual reasons non-disabled or male employees were not terminated for.

5. Respondents' Human Resources Department inadequately responded to disability or gender discriminatory conduct, including that in connection with terminations.

6. Respondents' Human Resources Department and/or other personnel failed to adequately train and/or monitor executives and/or management with regard to termination decisions to assure that disability or gender discriminatory conduct did not occur.

7. Respondents' executives instructed managers to not hire out temporary employees that had disabilities.

8. Respondents' executives instructed managers to not hire out temporary employees who were female for certain job fields and/or for certain companies.

In addition to the foregoing facts, members of the class are "similarly situated" in that:

1. All have a disability or are female;

RECEIVED EEOC
KANSAS CITY AREA OFFICE
2015 APR 27 AM 10:43

2. All were terminated or refused to be hired by Respondents during the class time frame that spans from 2014 until the present;

3. For all persons having a disability or who are female and were terminated, non-disabled or male persons were not terminated despite having the same or similar job duties or classifications.

In sum, I am a member of a protected class under the KAAD, ADEA, ADAAA, Title VII, and the anti-retaliation provisions thereof, due to my disability (back injury, lumbar strain and dyslexia) and gender (female). I was singled out, treated differently, and ultimately terminated due to my disability and/or gender. As a result of Respondents' actions, I am seeking back-pay, front-pay, emotional distress damages, attorneys' fees, punitive damages, and any other remedies the Commission deems appropriate.

RECEIVED EEOC
KANSAS CITY AREA OFFICE
2015 APR 27 AM 10: 43